Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Seeking Appointment for
LaGranger Jones

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>LaGRANGER JONES,<br>　　　　Defendant. | Case No. 2:15-cr-00061-GEB<br><br>PROPOSED ORDER |

**GOOD CAUSE APPEARING** pursuant to the Criminal Justice Act, the Court appoints Krista Hart to represent LaGranger Jones on the appeal to the Ninth Circuit Court of Appeals. Attorney Michael Long is relieved.

Dated:   July 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge