**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email:       mike.long.law@msn.com

Attorney for Defendant
LAGRANGER MARCEL JONES

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>       vs.<br><br>LAGRANGER MARCEL JONES.<br><br>             Defendant | Case No.:  Cr.S-15-61 JAM<br><br>**ORDER TO FILE UNDER SEAL EXHIBITS C, D AND E TO MOTION FOR COMPASSIONATE RELEASE** |

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT EXHIBITS C, D AND E SHALL BE FILED UNDER SEAL.

**IT IS SO ORDERED.**

DATED: October 7, 2020                    /s/ John A. Mendez
                                          _____
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE