ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-cr-00061-JAM-1 |
| Plaintiff, | **ORDER** |
| v. | |
| LAGRANGER JONES, | |
| Defendant. | |

On February 17, 2026, the Government requested an extension of time to file its response to Defendant's *pro se* motion to modify sentence under Amendment 829 and the First Step Act (Section 401).  Docket No. 139.  The Government's motion is **GRANTED**, and IT IS HEREBY ORDERED that Government's response is now due **March 2, 2026**.

**IT IS SO ORDERED.**

Dated: February 26, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER                                           1