Case 2:15-cr-00061-JAM    Document 146    Filed 04/22/26    Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>LAGRANGER JONES | )<br>)<br>)<br>)<br>) |

| | |
|---|---|
| Case No: | 2:15-CR-00061-JAM |
| USM No: | 72387-097 |

Date of Original Judgment: _____07/08/2016_____

Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Court holds that Defendant does not qualify for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 829 to the United States Sentencing Guidelines. § 3582(c)(2) provides that "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. [§] 994(o)," a court may reduce the term of imprisonment on a defendant's motion "after considering the factors set forth in [18 U.S.C. § 3553(a)] to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). U.S.S.G. § 1B1.10 is the applicable policy statement for § 3582(c)(2). See U.S.S.G. § 1B1.10(a)(1) ("As required by 18 U.S.C. § 3582(c)(2), any such reduction in the defendant's term of imprisonment shall be consistent with this policy statement."); see also Dillon v. United States, 560 U.S. 817, 821 (2010) (stating that U.S.S.G. § 1B1.10 is the applicable policy statement for § 3582(c)(2)). § 1B1.10 provides that, "[i]n a case in which a defendant is serving a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (d) below, the court may reduce the defendant's term of imprisonment as provided by 18 U.S.C. § 3582(c)(2)." U.S.S.G. § 1B1.10(a)(1). A reduction in the term of a defendant's sentence is "not consistent with [U.S.S.G. § 1B1.10]" and, therefore, not authorized under § 3582(c)(2), if "none of the amendments listed in subsection (d) is applicable to the defendant." U.S.S.G. § 1B1.10(a)(2). Here, Amendment 829 is not included as a "Covered Amendment" under § 1B1.10(d). See U.S.S.G. § 1B1.10(d). Thus, the Court DENIES Defendant's Motion to Reduce Sentence (ECF No. 139) under 18 U.S.C. § 3582(c)(2).

Except as otherwise provided, all provisions of the judgment dated _____07/26/2016_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____04/22/2026_____

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

John A. Mendez, Senior United States District Judge
*Printed name and title*